UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIE C. THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>ACTING ATTORNEY GENERAL<br>MONTY WILKINSON, SECRETARY,<br>DEPARTMENT OF JUSTICE,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     EP-21-CV-00020-FM |

## FINAL JUDGMENT

Before the court is "Stipulation of Dismissal" ("Stipulation") [ECF No. 14], filed December 17, 2021 by Plaintiff Marie C. Thomas and Defendants Merrick Garland, United States Attorney General; United States Department of Justice; and Drug Enforcement Administration (collectively, "Parties"). Therein, the Parties stipulate to dismissal of this cause with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Stipulation is signed by the Parties' attorneys.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1.     It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2.     It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

---

[1] "Stipulation of Dismissal" ("Stip.") 1, ECF No. 14, filed Dec. 17, 2021.

[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).

[3] *See* Stip. at 1–2.

3.  The Clerk of the Court is **INSTRUCTED TO CLOSE** the cause.

**SIGNED AND ENTERED** this __20__ day of **December 2021.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**